CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br>  v.<br><br>EROCK ENTERPRISES LLC, a California Limited Liability Company; CLASSIC THAI, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 2:20-CV-01282-ODW-JEM<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Erock Enterprises LLC, a California Limited Liability Company and Classic Thai, Inc., a California Corporation, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 23, 2020         CENTER FOR DISABILITY ACCESS

                              By:   /s/Amanda Lockhart Seabock
                                    Amanda Lockhart Seabock
                                    Attorney for Plaintiff